UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 FEB 27 AM 11: 51
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

CRUZ ESTHER RAMOS,
    Plaintiff,

        v.                          Civil No. 98-1676(PG)

DR. EDWIN BOSSOLO LOPEZ, et al,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #35 - Motion Requesting Leave to Withdraw as Legal Counsel | **GRANTED** |

Date: _February 23_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge